United States District Court
Northern District of New York
_____

Anthony J. Broadwater,

                        Plaintiff,                    Case No. 5:22-cv-01241-BKS-TWD

        V                                        Appearance of Counsel

County of Onondaga et al.,

                        Defendants.
_____

      John E. Heisler Jr. appears in this case as counsel for County of Onondaga.

Dated:  26 November 2022                    s/ John E. Heisler Jr.
                                                                Bar Roll Number: 301476
                                                                Attorney for County of Onondaga
                                                                Onondaga County Department of Law
                                                                John H. Mulroy Civic Center, 10th Fl.
                                                                421 Montgomery Street
                                                                Syracuse, NY 13202
                                                                Telephone: (315) 435-2170
                                                                Fax: (315) 435-5729
                                                                Email: johnheislerjr@ongov.net