

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Ramona L. Rabeler
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Zachary A. Waksman
John J. Connor
Gregory P. Fair
Darienn P. Balin
Trevor McDaniel

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Fax      315 448-8381
Email    law@syrgov.net

www.syrgov.net

December 7, 2022

**SENT ELECTRONICALLY VIA CM/ECF**
Hon. Brenda K. Sannes
Chief U.S. District Court Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

      Re:    *Broadwater v. The County of Onondaga, et al.*
               *Federal Civil Action No. 5:22-cv-01241-BKS-TWD*

Dear Chief Judge Sannes,

I am a Senior Assistant Corporation Counsel for the City of Syracuse and I represent the City of Syracuse (the "City") in the above-referenced matter. The Court has by text order directed that the City answer Mr. Broadwater's complaint on or by December 27, 2022. The City respectfully requests that its deadline to respond to Mr. Broadwater's complaint be extended two weeks to January 10, 2022, on account of the fact that the current due date is during the week between the Christmas and New Year's holidays when many City employees will be taking time off.

I have conferred with counsel from both Mr. Broadwater's team and the Onondaga County Attorney's Office representing the County of Onondaga and Gail Uebelhoer (i.e., Mr. Heisler), and both groups consent and offer no objection to this extension.

Thank you very much for your consideration and a happy holidays!

Respectfully submitted,

*/S/Todd M. Long*
Todd M. Long, Esq.
Senior Assistant Corporation Counsel
Federal Bar Roll Id. 519301

CC:    All counsel of record electronically via CM/ECF NextGen

*Service of papers or process by facsimile or other electronic method is not acceptable.*