United States District Court
Northern District of New York

───────────────────────────────────────

Anthony J. Broadwater,

                Plaintiff,                Case No. 5:22-cv-01241-BKS-TWD

     V                                 Answer to Cross Claim

County of Onondaga et al.,

                Defendants.

───────────────────────────────────────

    County of Onondaga (County) and Gail Uebelhoer (Uebelhoer), as an answer to the cross claim of City of Syracuse (City) asserted against County and Uebelhoer as paragraphs numbered 166 and 167 of City's answer to the complaint of Anthony J. Broadwater (Broadwater), allege:

    1. County and Uebelhoer deny the allegations of paragraph numbered 166 of City's answer.

    2. County and Uebelhoer deny the allegations of paragraph numbered 167 of City's answer that any damages of Broadwater were partly or wholly caused by culpable conduct of County or Uebelhoer, that County or Uebelhoer is subject to liability for damages of Broadwater, that County or Uebelhoer has any equitable share of any judgment for damages recovered by Broadwater, and that County or Uebelhoer is liable for contribution to, or indemnification of City for, any judgment for damages recovered by Broadwater.

Demand for Relief

3. County and Uebelhoer demand a judgment dismissing City's cross claim and allowing County and Uebelhoer a reasonable attorney's fee as part of costs.

| | |
|---|---|
| Dated: 11 January 2023 | s/ John E. Heisler Jr.<br>Bar Roll Number: 301476<br>Attorney for County of Onondaga and Gail Uebelhoer<br>Onondaga County Department of Law<br>John H. Mulroy Civic Center, 10th Fl.<br>421 Montgomery Street<br>Syracuse, NY 13202<br>Telephone: (315) 435-2170<br>Fax: (315) 435-5729<br>Email: johnheislerjr@ongov.net |