# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**  
**County Executive**

**Robert A. Durr**  
**County Attorney**

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor  
421 Montgomery Street  
Syracuse, New York 13202  
Telephone: (315) 435-2170  
Fax: (315) 435-5729

March 20, 2024

Via CM/ECF

Hon. Thérèse Wiley Dancks  
United States Magistrate Judge  
James Hanley Federal Building and United States Courthouse  
P.O. Box 7346  
Syracuse, New York 13261-7346

Re:   *Broadwater v. County of Onondaga, et al.*  
      United States District Court, Northern District of New York  
      Civil Action Number 5:22-cv-01241-BKS-TWD

Dear Judge Dancks:

    I represent defendants Onondaga County and Gail Uebelhoer in the above-referenced matter. Currently, my clients' answers to the plaintiff's amended complaint and the cross-claim brought by co-defendant City of Syracuse are due on March 25, 2024. Based on my limited availability in the near future due to a number of depositions in other cases and other time-restricted matters that require my attention, I respectfully request a brief extension of ten days, which would make the new deadline for my clients to answer April 4, 2024. I have contacted counsel for the plaintiff and City of Syracuse, and they have no opposition to this request.

    I have included a signature line for the Court to "so order" this letter request if it is acceptable to the Court.

    Thank you for your consideration of our request.

Hon. Thérèse Wiley Dancks
March 20, 2024
Page 2

                                              Respectfully,

                                              John A. Sickinger
                                              Senior Deputy County Attorney
                                              Bar Roll Number 513595

cc:       All Counsel of Record (Via CM/ECF)


SO ORDERED:

                                              _____
                                              HON. THÉRÈSE WILEY DANCKS
                                              United States Magistrate Judge